AO 241 (Rev. 09/17)  **FILED IN CLERKS OFFICE**

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2019 APR 15 PM 3:17

| United States District Court | District: | |
|---|---|---|
| Name (under which you were convicted):   U.S. DISTRICT COURT<br>Lastarsandre Bell   DISTRICT OF MASS. | | Docket or Case No.:<br>07-211 |
| Place of Confinement :<br>Norfolk Correctional Facility | | Prisoner No.:<br>W91936 |
| Petitioner (include the name under which you were convicted)<br><br>Lastarsandre Bell | Respondent (authorized person having custody of petitioner)<br>v.   Norfolk Correctional Facility. | |
| The Attorney General of the State of: | | |

## PETITION

1.   (a) Name and location of court that entered the judgment of conviction you are challenging:

   Hampden Superior Court
   50 State Street
   P.O. Box 559
   Springfield, MA 01102

   (b) Criminal docket or case number (if you know):   HDRC-2007-0211

2.   (a) Date of the judgment of conviction (if you know):   December 17, 2012

   (b) Date of sentencing:   December 17, 2012

3.   Length of sentence:   Natural Life w/o Parole

4.   In this case, were you convicted on more than one count or of more than one crime?   ☒ Yes   ☐ No

5.   Identify all crimes of which you were convicted and sentenced in this case:

   First Degree Murder, Premeditation, Atrocity and Cruelty
   Armed Home Invasion
   Arson
   Violation of Abuse Prevention Order
   Violation of Abuse Prevention Order

6.   (a) What was your plea? (Check one)

   ☒ (1)   Not guilty          ☐ (3)   Nolo contendere (no contest)

   ☐ (2)   Guilty              ☐ (4)   Insanity plea

Page 2 of 16

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____ N|A _____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

        ☒ Jury   ☐ Judge only

7.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?

        ☒ Yes   ☐ No

8.   Did you appeal from the judgment of conviction?

        ☒ Yes   ☐ No

9.   If you did appeal, answer the following:

(a) Name of court:    Supreme Judicial Court of Massachusetts

(b) Docket or case number (if you know):    SJC-11444

(c) Result:    Affirmed

(d) Date of result (if you know):    November 9th 2015

(e) Citation to the case (if you know):    473 Mass. 131; N.E.3d 1190

(f) Grounds raised: _____

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?   ☒ Yes   ☐ No

    If yes, answer the following:

    (1) Name of court:    United States Supreme Court

    (2) Docket or case number (if you know):    NO-15-8910

    (3) Result:    Denied

AO 241 (Rev. 09/17)

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☒ Yes   ☐ No

If yes, answer the following:

(1) Docket or case number (if you know): _No-15- 8910_

(2) Result: _Denied_

(3) Date of result (if you know): _June 13, 2016_

(4) Citation to the case (if you know): _136 S. Ct. 2467, 195 L. Ed 2d 806_

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☒ Yes   ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _Hampden Superior Court._

(2) Docket or case number (if you know): _07-211_

(3) Date of filing (if you know): _June 29, 2017_

(4) Nature of the proceeding: _Rule 30_

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: _N/A_

Page 4 of 16

AO 241 (Rev. 09/17)

        (8) Date of result (if you know): *December 12, 2018*

(b) If you filed any second petition, application, or motion, give the same information:

        (1) Name of court: *N|A*

        (2) Docket or case number (if you know): *N|A*

        (3) Date of filing (if you know): *N|A*

        (4) Nature of the proceeding: *N|A*

        (5) Grounds raised: *N|A*

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ☐ Yes    ☐ No

        (7) Result: *N|A*

        (8) Date of result (if you know): *N|A*

(c) If you filed any third petition, application, or motion, give the same information:

        (1) Name of court: *N|A*

        (2) Docket or case number (if you know): *N|A*

        (3) Date of filing (if you know): *N|A*

        (4) Nature of the proceeding: *N|A*

        (5) Grounds raised: *N|A*

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result:  _____ N|A _____

(8) Date of result (if you know):  _____ N|A _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition:     ☑ Yes    ☐ No

(2) Second petition:   ☑ Yes    ☐ No

(3) Third petition:    ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

   **CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**   WHETHER THE TRIAL JUDGES INTERRUPTING DEFENSE COUNSEL'S CLOSING ARGUMENT AND INSTRUCTING THE JURORS TO DISREGARD AN ARGUMENT THAT WAS ADEQUATELY SUPPORTED BY THE EVIDENCE DEPRIVED THE DEFENDANT OF HIS RIGHT TO THE EFFECTIVE ASSISTANCE OF COUNSEL.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Commonwealth's

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground One, explain why:

_____

_____

_____

_____

_____

_____

Page 6 of 16

AO 241 (Rev. 09/17)

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:   N|A

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____ N|A _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?                    ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?              ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N|A _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____ N/A _____

_____

_____

_____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: _____ N | A _____

_____

_____

**GROUND TWO:** _WHETHER THE ADMISSION OVER OBJECTIONS OF GRUESOME PHOTOGRAPHS OF_ AND CONCEDED
_THE DECEASED INJURIES WAS PREJUDICIAL ERROR WHERE THE TERRIBLE NATURE OF INJURIES WAS CLEAR FROM TESTIMONY ^ BY DEFENSE._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_THE COMMONWEALTH ADVANCING PHOTO'S WITH MULTIPLE INCISIONS ACROSS THE BACK_
_OF THE HAND, EX. 92, MULTIPLE INCISIONS SHOWN FROM THE HIP TO THE ANKLES,_
_PHOTO'S OF THE DECEASED WITH HEAD WRAPPED, WITH MASSIVE BURNS TO THE CHEST_
_AND TORSO EXPOSED. EX. 89. THESE PHOTO'S INFLAMMATORY QUALITY OUTWEIGHS_
_IT'S PROBATIVE VALUE THUS PREJUDICING AND LEAVING AN INDELIBLE IMPRESSION_
_ON THE JURORS._

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

(c)   **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____ N/A _____

_____

_____

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed: _____

_____

_____

Docket or case number (if you know): _____

AO 241 (Rev. 09/17)

Date of the court's decision: _____ N|A _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?     ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes   ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes   ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N|A _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____ N|A _____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____ N|A _____

_____

_____

**GROUND THREE:**     WHETHER THE ADMISSION OF THE DEFENDANT'S INCULPATORY STATEMENTS
MADE WHILE HE WAS IN EXTRAORDINARY PHYSICAL PAIN VIOLATED HIS RIGHTS UNDER THE 5th & 14th AMENDMENTS.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

THE DEFENDANT WROTE A DETAILED STATEMENT IN 2007, SOME 4 MONTHS
AFTER THE FIRE, AFTER RELEASE FROM ICU/HOSPITAL. THE DEFENDANT PRESENTED
DEFENSE COUNSEL WITH SAID STATEMENT, DEFENSE COUNSEL PROVIDED THE DISTRICT
ATTORNEY WITH A COPY. THE DEFENDANT NEVER GAVE A ORAL OR WRITTEN STATEMENT
TO POLICE. DEFENDANT WAS INCAPACITATED. SUFFERING FROM CARBON MONOXIDE POISONING,
CYANIDE POISONING, 2nd & 3rd DEGREE BURNS, CHEST WOUND, AND IN and OUT OF
CONSCIOUSNESS.

Page 9 of 16

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why:    N|A

_____

_____

_____

(c)   **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:   N|A

_____

_____

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   N|A

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   N|A

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N|A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: N|A

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N    A

(b) If you did not exhaust your state remedies on Ground Four, explain why:

N   A

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ☐ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

N|A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N|A

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion or petition?                    ☐ Yes        ☐ No

(4) Did you appeal from the denial of your motion or petition?               ☐ Yes        ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

N/A

AO 241 (Rev. 09/17)

13.    Please answer these additional questions about the petition you are filing:

    (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

        having jurisdiction?  ☑ Yes    ☐  No

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

        presenting them: _____ N\A _____

        _____

        _____

        _____

    (b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

        ground or grounds have not been presented, and state your reasons for not presenting them:

        _____ N\A _____

        _____

        _____

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

    that you challenge in this petition?    ☐   Yes    ☐  No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

    raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

    of any court opinion or order, if available. _____ N\A _____

    _____

    _____

    _____

    _____

    _____

    _____

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

    the judgment you are challenging?    ☐   Yes    ☐  No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

    raised. _____ N\A _____

    _____

    _____

    _____

AO 241 (Rev. 09/17)

16.     Give the name and address, if you know, of each attorney who represented you in the following stages of the

        judgment you are challenging:

        (a) At preliminary hearing:   _Att. Donald W. Frank_   _50 STATE STREET._
                                      _Att. Barbara Munro_     _Springfield, MA 01102_

        (b) At arraignment and plea:  _____

        (c) At trial:   _____

        (d) At sentencing:   _____

        (e) On appeal:   _LESLIE W. O'BRIEN_

        (f) In any post-conviction proceeding:   _____

        (g) On appeal from any ruling against you in a post-conviction proceeding:   _N/A_

17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are

        challenging?   ☐ Yes   ☒ No

        (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

        _____

        (b) Give the date the other sentence was imposed:   _____

        (c) Give the length of the other sentence:   _____

        (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

        future?   ☐ Yes   ☐ No

18.     TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

        why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

        _See Affidavit._

AO 241 (Rev. 09/17)

---

_____

_____

_____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Reverse his conviction, release him from unlawful restraint; Provide him with an Arson Expert to refute the Commonwealth's Experts Advances

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on  4/12/2019  (month, date, year).

Executed (signed) on   4/12/2019   (date).

_Hartaisanche Bell_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____